PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT

for the
**District of New Hampshire**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Andrew Dufresne                              Case Number:   16-CR-75-01-PB

Name of Sentencing Judicial Officer:      Honorable Paul Barbadoro

Date of Original Sentence:   October 13, 2020

Original Offense:   Bank Robbery, in violation of 18 U.S.C. § 2113(a)

Amended Sentence:  Imprisonment of time served as of October 15, 2020; special term of supervised release until
August 16, 2023; 3 years of supervised release following special term of supervised release

Revocation:          N/A

Type of Supervision:   Special term of supervised release          Date Supervision Commenced:  October 13, 2020

Assistant U.S. Attorney:  Charles L. Rombeau          Defense Attorney:   Jeffrey S. Levin

---

### PETITIONING THE COURT

☒  To issue a warrant
☐  To issue a summons
☐  Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Special Condition:**  <u>During the first twelve months of the special supervised release period, the defendant shall reside at a residential reentry center</u>. On or about January 3, 2021, in Manchester, NH, the defendant packed up his belongings and left Hampshire House, a residential reentry center, without the permission of the facility's staff or of the probation officer. <br><br> Evidence in support of this charge includes written communication from Hampshire House staff. |

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

☒  revoked.

☐  extended for  years, for a total term of  years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/ *Christopher H. Pingree*
Christopher H. Pingree
Supervisory U.S. Probation Officer
603-226-7315
Date:  1/4/2021

Reviewed & Approved by:

/s/ *Jonathan E. Hurtig*
Jonathan E. Hurtig
Chief U.S. Probation Officer
603-225-1599

THE COURT ORDERS:

☐  No action

☒  The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐  The issuance of a summons.

☐  Other:

Andrea K. Johnstone
United States Magistrate Judge

January 4, 2021
Date