UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC -NH
2021 JAN 5 PM 4:08

United States of America

Case No. 16-cr-75-01-PB

v.

Andrew Dufresne

## ARREST WARRANT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Andrew Dufresne and bring him forthwith to the nearest magistrate judge to answer a Petition charging him with

Violation of Condition of Special term of supervised release. See Petition attached.

ISSUED BY: *Erica DiFabio* (signature)
Erica DiFabio
Deputy Clerk

CERTIFIED TO BE A TRUE COPY
DANIEL J. LYNCH, CLERK
BY: *(signature)*
DEPUTY CLERK

DATE: 1/4/2021

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** 1/4/21 | **NAME AND TITLE OF ARRESTING OFFICER** John Goff | **SIGNATURE OF ARRESTING OFFICER** *(signature)* |
| **DATE OF ARREST** 1/5/21 | | |