PROB 12C
 (Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
**District of New Hampshire**

### *Superseding* Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Andrew Dufresne                                  Case Number:   16-CR-75-01-PB

Name of Sentencing Judicial Officer:      Honorable Paul Barbadoro

Date of Original Sentence:    October 13, 2020

Original Offense:   Bank Robbery, in violation of 18 U.S.C. § 2113(a)

Amended Sentence:  Imprisonment of time served as of October 15, 2020; special term of supervised release until August 16, 2023; 3 years of supervised release following special term of supervised release

Revocation:             N/A

Type of Supervision:   Special term of supervised release         Date Supervision Commenced:  October 13, 2020

Assistant U.S. Attorney:  Charles L. Rombeau              Defense Attorney:   Jeffrey S. Levin

---

### PETITIONING THE COURT

☒  To issue a warrant, and to replace the previous petition with this one, which charges additional violations.
☐  To issue a summons
☐  Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Violation of Special Condition:**  <u>During the first twelve months of the special supervised release period, the defendant shall reside at a residential reentry center</u>. On or about January 3, 2021, in Manchester, NH, the defendant packed up his belongings and left Hampshire House, a residential reentry center, without the permission of the facility's staff or of the probation officer.<br><br>Evidence in support of this charge includes written communication from Hampshire House staff. |
| 2 | **Violation of Standard Condition #4:**  <u>You must answer truthfully the questions asked by your probation officer</u>.  On or about February 3, 2021, in Manchester, NH, the probation officer asked the defendant about a medical appointment that the defendant reportedly attended on February 2, 2021, in Boston, MA, and the defendant lied to the probation officer by claiming that he attended said appointment when, in fact, there was no such appointment and the defendant had fabricated the existence of it in order to receive an excused absence or itinerary from the residential reentry center where he was placed as a special condition of supervised release. |

Evidence in support of this charge includes 1) the probation officer's testimony that the defendant lied when questioned about attending a medical appointment in Boston on February 2, 2021, and that the defendant eventually admitted that no such appointment occurred.

3          **Violation of Special Condition:**  <u>During the first twelve months of the special supervised release period, the defendant shall reside at a residential reentry center</u>. On or about February 3, 2021, in Manchester, NH, the defendant was terminated from Hampshire House, a residential reentry center, for violating various program rules.

Evidence in support of this charge includes correspondence received from the Hampshire House, which states that the defendant was terminated from the center on February 3, 2021, due to violating program rules, including providing fraudulent documentation to staff and lying about a medical appointment.

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

    ☒  revoked.

    ☐  extended for  years, for a total term of  years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/ *Steven R. Seero*
Steven R. Seero
Special Offender Specialist
603-226-7315
Date:  2/3/2021

Reviewed & Approved by:

/s/ *Christopher H. Pingree*
Christopher H. Pingree
Supervisory U.S. Probation Officer
603-226-7315

_____

THE COURT ORDERS:

☐  No action

☒  The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐  The issuance of a summons.

☐  Other:

Andrea K. Johnstone
United States Magistrate Judge

_____February 3, 2021_____
Date