UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE



United States of America

Case No. 16-cr-75-01-PB

v.

Andrew Dufresne



FILED - USDC -NH
2021 FEB 26 PM4:26

**ARREST WARRANT**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Andrew Dufresne and bring him forthwith to the nearest magistrate judge to answer a Second Superseding Petition charging him with

Violation of Condition of Violations of Conditions of Special Term of Supervised Release . *See* Petition attached.

ISSUED BY: *Brier Temple*
Brier Temple
Deputy Clerk

DATE: 2/22/2021

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** 2/22/2021 | **NAME AND TITLE OF ARRESTING OFFICER** Gregory Murano | **SIGNATURE OF ARRESTING OFFICER** *Gregory Murano* |
| **DATE OF ARREST** 2/25/2021 | | |

\* Surrendered at Strafford County Dept of Corrections *JM*