# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.                                                                    **ACKNOWLEDGMENT**

Andrew Dufresne                                    Case Number: 0102 1:16CR00075
Defendant

    I, Andrew Dufresne, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 3-25-21

_____
Defendant

_____
Jeffrey S. Levin
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel