# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 16-cr-75-PB |
| | : | |
| v. | : | |
| | : | |
| ANDREW DUFRESNE | : | |
| | : | |

## UNITED STATES' WITNESS LIST

The government submits the following list of possible witnesses for the violation of

supervised release hearing on March 31, 2021:

Steve Seero
U.S. Probation Officer

Taylor Sims
Strafford County Corrections Booking Officer

Respectfully submitted,

JOHN J. FARLEY
ACTING UNITED STATES ATTORNEY

Dated: March 31, 2021

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant United States Attorney
NY Bar No. 4326500
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
charles.rombeau@usdoj.gov